COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-17-00580-CV |
| Style: | Art Shaban v. The Hertz Corporation |
| Date motion filed*: | December 11, 2017 |
| Type of motion: | Unopposed Motion to Extend Time to File Appellant's Appellate Brief |
| Party filing motion: | Appellant Art Shaban's counsel, Peter J. Clarke Jr. |
| Document to be filed: | Evidence of payment for Clerk's Record |

If motion to extend time:

| | | | |
|---|---|---|---|
| Original due date: | N/A | | |
| Number of extensions granted: | 0 | Current Due Date: | N/A |
| Date Requested: | January 31, 2018 | | |

Ordered that motion is:

☐ Granted in part

☑ Denied (without prejudice)

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☑ Other: _____

Although the reporter's record was filed on November 10, 2017, the Clerk of this Court notified appellants on October 13, 2017, that the clerk's record had not been filed due to appellant's lack of payment, and requested that appellant provide evidence of payment for that record by November 13, 2017. *See* TEX. R. APP. P. 37.3(b). Accordingly, appellant's brief extension request is **denied without prejudice** to refiling after the clerk's record is filed. *See id.* 38.6(a)(1) (noting that appellant's brief is due 30 days after later of the date the clerk's or reporter's record is filed). However, if appellant fails to provide evidence of payment for the clerk's record **within 10 days of the date of this Order**, this appeal may be dismissed for want of prosecution without further notice. *See id.* 37.3(b), 42.3(b), (c).

Judge's signature: /s/ Evelyn V. Keyes

        ☑ Acting individually    ☐ Acting for the Court

Date: December 21, 2017